IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DALE OWEN DUSTIN,** | ) | No. CV-F-02-5515 OWW/DLB |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING PLAINTIFF'S |
| **Plaintiff,** | ) | MOTION TO REACTIVATE CASE |
| | ) | (Doc. 70) |
| vs. | ) | |
| | ) | |
| | ) | |
| **GEORGE M. GALAZA, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

By Order filed on October 29, 2003, this action was dismissed because of Plaintiff's failure to timely comply with a Court Order and failure to state a claim upon which relief can be granted. (Doc. 62). Judgment was entered on October 30, 2003). Plaintiff filed an appeal to the Ninth Circuit. The Ninth Circuit dismissed the appeal for failure to prosecute on March 22, 2004.

On August 25, 2008, Plaintiff filed a motion to reactive this case. Plaintiff's motion is DENIED.

Plaintiff's motion is virtually illegible. To the extent

that it can be read, the motion presents no grounds within the ambit of Rule 60(b), Federal Rules of Civil Procedure, to set aside the Judgment entered over five years ago dismissing this action because of Plaintiff's failure to comply with a Court Order and to state a claim upon which relief can be granted.

IT IS SO ORDERED.

Dated:   September 3, 2008                   /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE